**Opinion issued October 1, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-20-00190-CV

———————————

**TERRY FISHER, 829 YALE, LLC, ASSURANCE HOME WARRANTY GROUP, LLC, ALI CHOUDHRI, BRAD PARKER, JETALL COMPANIES, INC. AND 2017 YALE STREET LLC, Appellants**

**V.**

**STEADFAST FUNDING, LLC., ET AL., Appellees**

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2019-23950

## MEMORANDUM OPINION

Appellants, Terry Fisher, 829 Yale, LLC, Assurance Home Warranty Group, LLC, Ali Choudhri, Brad Parker, Jetall Companies, Inc. and 2017 Yale Street LLC, have not paid or made arrangements to pay the fee for preparing the clerk's record.

*See* TEX. R. APP. P. 37.3(b).  After being notified that this appeal was subject to dismissal, appellants did not adequately respond.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

We dismiss the appeal for want of prosecution.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Hightower and Adams.